Reginald Petit Bois
vs
North Miami Beach PD

FILED BY _____ D.C.
APR 19 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

04/11/24

## Civil Complaint

I am filing this civil suit against the north miami beach Police department for threating me many times I was told to leave the city by Police officers The North miami beach Police DP obtained a negative reputation Cheif Baker, officer Cooper and Wenchester and many others have enconters Wenchester have he stuck up for me once by simply chosing to informing of my rights while Baker made threats to my life and made sexual advances and comments to the mother of my child but guilt also falls upon him for not reporting the cheif. On Feb 6 or 7th the department decided to vandalize and destroy my Home causing many damages they broke every Glass window and caused unnecessary damages to the frame, roof, walls and doors of the House, leaving my goods accessible to theivs all my valuables were stolen including expensive antiques, Paintings, Jewlery, Coins, and more the property was condemned by the officers it was damaged badly violating my civil rights. I am fearfull of the department and many of its affiliates. I am currently falsed imprisoned by the departments Officer Olivares, A charging me with Attemt Burglary

Reginald Petit Bois
   vs
North miami beach PD

04/11/24

I am suing the department for $5 billion altogether for mental suffering, financial suffering and emotional suffering as well as to insure that the department analyze its employees on the regular and imply no toleration rules in its department against corruption and things of that sort. I am also suing Mr Olivares, A for $1.5 million dollars. Our officers hold a lot of power and they must be held accountable when they endulge in breaking laws criminal or civil.

Reginald Petit Bois
240129944
Metrowest detention center
13850 NW 41st street
Miami, FL 33178

Knowing that it is my residence and has been for years. When I told the officer "you know I live here" he stated "you will get out, you get out everytime we put you in. The case No is F24005638

Reginald Petit Bois
Reginald Petit Bois
240129944
Metrowest Detention Center
13850 NW 41st Street
Miami, FL 33178

Reginald Petit Bois
24012994U
Metrowest Detention Center
13850 NW 41st Street
Miami, FL 33178

MIAMI FL 330
16 APR 2024 PM 4 L



- Civil Complaint Federal
in the circuit court of the Ele
Judicial circut in and f
Dade County, Florida
400 North Miami Ave
Miami, FL 33128

33128-180159

MDCR is not responsible for its contents.
Miami-Dade Corrections and Rehabilitation facility
correspondence originated at a

REC'D BY_____D.C.

APR 19 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019